# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>    Plaintiff,<br><br>v.<br><br>ABDULGALIL FADHL MOHSINHUSSEIN dba ADINA VALLEY MARKET, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:18-cv-00239-AWI-SKO<br><br>**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**<br><br>(Doc.8) |

On May 22, 2018, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 8.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**May 23, 2018**__             /s/ *Sheila K. Oberto*
                                                         UNITED STATES MAGISTRATE JUDGE